RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 7/12/09

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION 01-2175 |
| VERSUS | JUDGE HAIK |
| 10.00 ACRES OF LAND, MORE OR LESS, SITUATED IN ST. MARTIN PARISH, LOUISIANA AND DALE R. RIU, ET US AND UNKNOWN OWNERS | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

This matter was referred to the Atchafalaya Basin Land Commission for a compensation hearing. Following the hearing, the Commission issued a Report and Recommendation to the Court. After an independent review of the record, and noting the absence of objections, this Court concludes that the Report and Recommendation of the Commission is correct and adopts the findings and conclusions therein as its own.

Accordingly, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the value of the easements is as reflected in the appraisal report dated March 19, 1997. That is, the value the easement for Tract No. 2604E-1 is $270.00 and the value of the easement for Tract No. 2604E-2 is $295.00.

THUS DONE and SIGNED on this 15th day of July, 2009.

JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA